# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-10390
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
November 11, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Fidel Cartagena-Guevara,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CR-263-1

_____

Before Graves, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Fidel Cartagena-Guevara has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cartagena-Guevara has filed a response. The record is insufficiently developed to permit consideration of Cartagena-Guevara's

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

claims of ineffective assistance of counsel or that his guilty plea was made under coercion or was based on an unkept promise; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014); *United States v. Corbett*, 742 F.2d 173, 176-78 & n.11 (5th Cir. 1984).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Cartagena-Guevara's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.